# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

PACIFICA MAGNOLIA LLC,

      Plaintiff,

v.                                  Case No. 1:18cv17-MW/GRJ

ANNA GRIFFIN,

      Defendant.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 6, and has also reviewed *de novo* Defendant's objections to the report and recommendation, ECF No. 7. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Defendant's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint is **DISMISSED** for lack of subject matter jurisdiction." The Clerk shall terminate Defendant's pending Motion for Leave to Proceed In Forma Pauperis, ECF No. 2, and close the file.

**SO ORDERED on March 22, 2018.**

                                                  s/Mark E. Walker           ____
                                                  **United States District Judge**